# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 6:14cr0232** |
| **VERSUS** | * | **JUDGE MINALDI** |
| **KEVIN MARKEL RICHARD (01)** | * | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATION
### ON FELONY GUILTY PLEA
### <u>BEFORE THE UNITED STATES MAGISTRATE JUDGE</u>

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocution of the defendant, Kevin Markel Richard, on March 17, 2016.  The defendant was present with his counsel Cristie G. Gibbens.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that his guilty plea is knowing and voluntary, and that his guilty plea to Count One of the Indictment is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned United States Magistrate Judge recommends that

the District Court **ACCEPT** the guilty plea of the defendant, Kevin Markel Richard, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Kevin Markel Richard be finally adjudged guilty of the offense charged in Count One of the Indictment.

The defendant waived the fourteen day period within which to file written objections to this Report and Recommendation. Accordingly, the District Court may immediately adopt this Report and Recommendation, thereby accepting the defendant's guilty plea.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the 27th day of March, 2016.

**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**

COPY SENT:

DATE: ___3/28/2016_____
BY: _____EFA_____
TO: _____PM_____
        tb

-2-