UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.6:14CR00232-01 |
| VS. | : | JUDGE MINALDI |
| KEVIN MARKEL RICHARD | : | MAGISTRATE JUDGE KAY |

JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Kevin Markel Richard, is ACCEPTED and that Kevin Markel Richard is adjudicated guilty of the offense charged in Count One of the Indictment.

Sentencing shall be held on the __12__ day of __April__, 2016 at __4:30__ PM before the undersigned.

Lake Charles, Louisiana, this 12 day of April, 2016.

/s/ Patricia Minaldi<br>
PATRICIA MINALDI<br>
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 48 issued March 28, 2016.